UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLANDO PALMER-SARDINAS (A# 022-772-042),

               Petitioner,

     v.

CHRISTOPHER CHESTNUT,

               Respondent.

No.  1:26-cv-03520-DC-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 16)

Petitioner is a federal immigration detainee who filed this amended habeas corpus action pursuant to 28 U.S.C. § 2241. (ECF No. 10.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 16.) On July 15, 2026, Respondent filed objections to the findings and recommendations, merely stating that Respondent objected "[f]or the reasons set forth in [Respondent's] previous briefing." (ECF No. 17.) However, those arguments were already addressed by the magistrate judge in this case and the undersigned in other cases. *See Pham v. Warden*, No. 1:25-CV-01873-DC-AC (HC), 2026 WL 849861, at *3 (E.D. Cal. Mar. 27, 2026) (granting habeas corpus petition and ordering immediate

1

release upon finding that the government violated Petitioner's due process rights and also failed to adhere to the procedures set forth under 8 U.S.C. § 241.13(i)); *Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025) (granting immediate release where the petitioner was likely to demonstrate the government violated 8 U.S.C. § 241.13(i) because the petitioner allegedly detained under 8 U.S.C. § 1231 was not provided with an informal interview and the government could not demonstrate that changed circumstances such that the petitioner would be removed in the reasonably foreseeable future); *El-Ghazaly v. Chestnut*, 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025) (similar); *Vuong v. Becerra*, 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025) (same). Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 15, 2026 (ECF No. 16), are ADOPTED;

2. Petitioner Rolando Palmer-Sardinas's (A# 022-772-042) amended petition for a writ of habeas corpus (ECF No. 10), is GRANTED as follows:

   a. Respondent is ordered to IMMEDIATELY RELEASE Petitioner from custody;

   b. Respondent shall RETURN all of Petitioner's documents and possessions upon his release from custody;

   c. If the government seeks to re-detain Petitioner, they shall comply with all procedures set forth in 8 C.F.R. § 241.13(i) and any other applicable statutes and regulations;

3. The Clerk of the Court is directed to serve the California City detention facility with all copy of this order; and

2

4. The Clerk of the Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:    **July 30, 2026**

Dena Coggins
United States District Judge